# EXHIBIT 5

Jackson
1:16-cv-01066-TFH

**AFFIDAVIT OF RICHARD L. KRADIN, M.D., D.T.M. & H.**

I, Richard L. Kradin, M.D., D.T.M & H, being first duly sworn, state as follows:

My name is Richard L. Kradin, M.D., D.T.M & H, and I am over 18 years of age and make this affidavit from my own personal knowledge. The following opinions and statements are made with a reasonable degree of medical probability based on my knowledge, experience, expertise and training, on generally accepted medical and scientific principles, and on peer-reviewed and published literature described herein. The methodology and basis for these opinions are not novel, are generally accepted in the medical and scientific community, and have been subjected to peer-review and publication. While I may not agree with every sentence of every document cited herein, the materials discussed below are sufficient to form a reliable basis for my opinions, and they are the types of materials that I and other doctors normally rely upon to formulate our opinions in the everyday practice of medicine, and outside of the litigation context.

## QUALIFICATIONS

I am a pulmonologist and pathologist licensed to practice in Massachusetts. I have specialized in pulmonary disease for over 37 years. I am board certified in Internal Medicine, Anatomic Pathology, and Pulmonary Medicine. My areas of sub-specialization include pulmonary pathology and autopsy pathology.

1 am an Associate Physician and Associate Pathologist at Massachusetts General Hospital, and an Associate Professor of Pathology and Associate Professor of Medicine at Harvard Medical School. In addition to my M.D., I have an advanced degree in chemical physics and have studied epidemiology at the London School of Hygiene.

Since the 1980s, I have had a special interest in the clinical features and pathology of asbestos-related diseases. I direct postgraduate work on asbestos-related diseases at Harvard Medical School and am the Principal Investigator on several research projects, including one involving asbestosis. I am the Director of a yearly seminar on asbestos-related pulmonary disease and co-director of a yearly seminar on thoracic pathology, both through the Harvard Medical School. I routinely read the literature concerning fiber release from various asbestos containing products, including insulation products, and the effects on the human body. I am also familiar with what has been published with regard to the level of asbestos present in the ambient air.

I have authored over 100 articles, including articles involving asbestos-related diseases. I have published two textbooks of pathology. I have done research on the immunological defenses of the lung to soluble and particulate agents and have conducted National Institutes of Health-sponsored clinical trials regarding the treatment of lung and other cancers.

In addition to research and teaching, I have personally cared for patients with both benign and malignant asbestos-related diseases, and have frequently had the opportunity to review pathology specimens from patients with asbestos-related diseases at Massachusetts General Hospital as well as cases sent to me from outside sources for my opinion based on my established expertise with the diagnoses of these disorders. I have personally reviewed hundreds of biopsies of asbestos-related malignancies, including malignant mesothelioma, and I have performed numerous autopsies in patients with asbestos-related diseases.

Since the 1980s I have testified in court on many occasions as an expert on asbestos-

related diseases, including in personal injury trials in various states, including the States of Louisiana, Texas, California, Pennsylvania, Maryland, as well as others. I have been an expert witness in asbestos litigation on behalf of the U.S. Government. My qualifications are more fully described on my Curriculum Vitae).

This affidavit is likely to be attached to a case-specific report as a basis for both my opinions and my methodology pertaining to a diagnosis of mesothelioma where I have been asked to provide, to a reasonable degree of medical certainty, that an individual's malignant mesothelioma was caused by his or her cumulative occupational, para-occupational or domestic or exposures to asbestos. My case-specific opinions will be discussed more at the end of this affidavit, and/or in deposition testimony after my report has been rendered, but an explanation of how they were reached requires an understanding of the following fundamental principles which are well-documented and widely accepted in the relevant medical and scientific community.

## GENERALLY ACCEPTED PRINCIPLES REGARDING MESOTHELIOMA;

### 1. ASBESTOS CAUSES MESOTHELIOMA

Mesothelioma occurs when asbestos fibers cause genetic errors in mesothelial cells within the lining of the chest, abdomen, or around the heart - that is, the pleural, peritoneal, and pericardial membranes. Multiple genetic errors must take place before the cancer develops. The damage to DNA can occur as soon as the fibers reach the target cells. In the case of mesothelioma, within hours or days after exposure, asbestos fibers that are transported to the pleura are taken up by the mesothelial cells and rapidly cause genetic errors and other damage that leads to genetic errors. Inhalation of asbestos can and does also increase cell division and other biological responses that promote the development of cancers and/or reduce the effectiveness of the body's defense mechanisms for fighting the development of cancer. By the time an individual is diagnosed with mesothelioma, multiple epithelial or mesothelial cells have accumulated a series of genetic errors from the asbestos fibers. Eventually, in persons who develop a mesothelioma, one of these multiple cells with multiple genetic errors escapes the body's defense mechanisms and replicates to form the mesothelioma.

It is generally recognized in the medical community that asbestos is a complete carcinogen, which means it can both initiate and promote cancer. Therefore, the persistent asbestos fibers and additional exposures after the initial exposure cannot be discounted in determining causation. Rather, the cumulative dose of asbestos causes mesothelioma through both direct and indirect mechanisms over the evolution of the cancer. (I ARC Monograph on the Evaluation of Carcinogenic Risks to Humans 2012; 100C:219-309) It is generally recognized in the medical community that all types of asbestos fibers cause mesothelioma, which is discussed below in more detail.

### 2. MESOTHELIOMA IS A SIGNATURE DISEASE FOR ASBESTOS EXPOSURE

Mesothelioma is rare. It is generally accepted in the medical community that asbestos causes mesothelioma and that the great majority of mesotheliomas are caused by asbestos. For other diseases, such as lung cancer, asbestos is just one of many causes that often work in combination in the causation of cancer. A more complete discussion of the multi-factorial causation of lung cancer is beyond the scope of this Affidavit.

The causal relationship between exposure to asbestos and mesothelioma is so firmly established in the scientific literature that mesothelioma is considered a "sentinel," "signature" or

Richard L. Kradin, M.D., D.T.M.&H.                                                                    2

"signal" tumor for asbestos exposure. This means that the presence of mesothelioma generally "signals" prior asbestos exposure; this is true even for individuals who cannot recall the exposures—because those exposures occurred decades ago, were unknown to the individual at the time of exposure, or for some other reason. Indeed, many individuals are not always aware that they have a history of exposure to asbestos. (Leigh et al. 2002 ("Past exposure is not always recognized as such and this is more likely to be the case in females. Indeed even absence of fibers in the lungs does not negate exposure as fibers may have initiated mesothelioma and then been cleared before death." pp. 194,198)**.**

### 3.  MESOTHELIOMA IS A DOSE-RESPONSE DISEASE

Mesothelioma is a dose-response disease, which means that the more someone is exposed to asbestos, the greater their risk for developing mesothelioma. If a person is exposed to fewer asbestos fibers, then there will be fewer fibers that ultimately make their way to the pleura or peritoneum. On the other hand, if a person is exposed to more asbestos fibers, then there will be more fibers that make their way to the pleura or peritoneum. This is the nature of the dose-response relationship between asbestos exposure and mesothelioma: the more asbestos exposure an individual has, the greater his or her chance of developing mesothelioma.

However, for an individual who develops mesothelioma and has had multiple exposures to asbestos (for example, at different jobs or to different products), it does not follow that the shorter or briefer exposures do not play a role in causing the disease. Mesothelioma is a single indivisible disease that is the result of an individual's total and cumulative exposures to asbestos—short exposures, long exposures, brief exposures, heavy exposures. Neither asbestos fibers nor the disease mesothelioma differentiate between short, long, brief or heavy exposures. When it comes to the disease mesothelioma, no occupational exposure can scientifically be discounted or considered irrelevant- all occupational, domestic and para-occupational exposures, which by definition are above background, cause the disease.

The fact that mesothelioma is caused by cumulative exposures is further shown by the latency period - that is, the length of time between the first exposure and the onset of the disease. Latency for mesothelioma is typically two to six decades. It tends to decrease as the number of exposures increase: the more exposures to asbestos, the quicker the disease process begins.

It is generally accepted in the medical community that a physician need not and indeed cannot identify what specific fiber or specific exposure ultimately "caused" the mesothelioma - that is, what fiber "broke the camel's back" by causing the final genetic error that transforms a damaged but non-cancerous cell into the first cancer cell that evades the body's defense mechanisms. Trying to identify which exposure to asbestos began the malignant process for mesothelioma is like pointing to the pack of cigarettes that caused a smoker's lung cancer- both are impossible and make no sense scientifically. And as a practical matter, a worker is never exposed to a single fiber - occupational and para-occupational exposures to asbestos in the real world involves extremely small fibers released and inhaled in enormously high amounts.

### 4.  ALL FORMS OF ASBESTOS CAN CAUSE ALL OF THE ASBESTOS-RELATED DISEASES, INCLUDNG MESOTHELIOMA

There is overwhelming, generally accepted evidence that inhalation of asbestos fibers of any type (chrysotile, amosite, crocidolite, tremolite, anthophyllite and actinolite), from any source or product, causes all of the asbestos-related diseases, including mesothelioma. Mesothelioma is a tumor of the serosal linings of the chest (the pleura), the abdomen (peritoneum), the heart

Richard L. Kradin, M.D., D.T.M.&H.

(pericardium) and testes (tunica vaginalis). The cells of the serosal membranes surrounding the lungs, abdomen, heart and testes are essentially the same, at a cellular level, and react to asbestos in the same manner. All variants of diffuse malignant mesothelioma, in any location of the body, can be caused by all forms of asbestos, including chrysotile. These generally accepted principles regarding asbestos disease causation, and the methodology behind them, are not new or novel in the medical and scientific community.

Various occupational epidemiology, registry and cases studies clearly link all types of asbestos, including chrysotile asbestos, to pleural and peritoneal mesothelioma. The following are examples of the many studies, texts and reports that support or form the basis for my opinions:

> **Hein, et al.,** *Follow-up study of chrysotile textile workers: Cohort mortality and exposure response,* Occup. Environ. Med. 64:616-625 (2007).

> **Everatt, et al.,** *Occupational asbestos exposure among respiratory cancer patients in Lithuania,* Am. J. Ind. Med. 50:455-463 (2007).

> **Mirabel li, et al.,** *Excess of mesotheliomas after exposure to chrysotile in Balangero, Italy,* Occup. Environ. Med. 65:815-819 (2008).

> **Loomis, et al.,** *Lung cancer mortality and fiber exposures among North Carolina asbestos textile workers,* Occup. Environ. Med. 66:535-542 (2009

> **Nishikawa, et al.,** *Recent mortality from mesothelioma. Historical patterns of asbestos use and adoption of bans: A global assessment,* **Environ. Health Perspect.** 116:1675-1680 (2008).

> **Silverstein, et al.,** *Developments in asbestos cancer risk assessment,* **Am. J. Ind. Med.** 52:850-858 (2009).

> **Pira, et al.,** *Mortality from cancer and other causes in the Balangero cohort of chrysotile asbestos miners,* Occup. Environ. Med. 66:805-809 (2009).

> **Turci, et al.,** *Role of associated mineral fibers in chrysotile asbestos health effects: The case of Balangerolite,* Ann. Occup. Hyg. 53:491-497 (2009).

> **Madkour, et al.,** *Environmental exposure to asbestos-response relationship with mesothelioma,* Eastern Mediterranean Health J., 15:25-38 (2009).

> **Yano, et al.,** *Mesothelioma in a worker who spun chrysotile asbestos at home during childhood,* Am. J. Ind. Med., 52:282-287 (2009).

> **Baumann, et al.,** *Pleural Mesothelioma in New Caledonia: An acute environmental concern,* Cancer Detect Prev., 31:70-76 (2007).

> **Baumann, et al.,** *Pleural Mesothelioma in New Caledonia: Associations with environmental risk factors,* Environ. Health Perspect. 119:695-700 (2011).

Richard L. Kradin, M.D., D.T.M.&H.                                    **4**

- Finkelstein, et al., *Mesothelioma among employees of a Connecticut factory that manufactured friction materials using chrysotile asbestos,* Ann. Occup. Hyg. 54:o92-696 (2010).

- Egilman, et al, *A case of occupational peritoneal mesothelioma from exposure to tremolite-free chrysotile in Quebec, Canada: A black swan case,* Am J. Ind. Med. 54:153-156(2011).

- Kanarek, *Mesothelioma from Chrysotile Asbestos: Update,* AEP Vol. 21, No. 9 pp. 688-97(2011).

- Wang, et al., *Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort,* J. Japanese Cancer Assn. (2012).

- Stayner, et al., *The Worldwide Pandemic of Asbestos-Related Diseases,* Annual Reve. Public Health,34:4.1 -4.12(2013).

- Roelofs, C, et al, *Mesothelioma and employment in Massachusetts: Analysis of cancer registry data 1988-2003.* American J. Industrial Med. 56:985-992.

Among various health agencies and scientists, there is general agreement that all forms of asbestos, including chrysotile, cause all of the asbestos-related diseases, including mesothelioma. This general agreement includes agencies and organizations such as:

- U.S. Public Health Service, U.S. Department of Health & Human Services. *Toxicological Profile for Asbestos,* Atlanta: Agency for Toxic Substance and Disease Registry (ATSDR), September 2001. "exposure to any asbestos type (i.e. serpentine or amphibole) can increase the likelihood of lung cancer, mesothelioma, and nonmalignant lung and pleural disorder."

- Markowitz S, *Asbestos-related lung cancer and malignant mesothelioma of the pleura: selected current issues*, Semin Respir Crit Care Med, 36:334-46 (2015).

- American Conference of Governmental Industrial Hygienists. Asbestos: TLV® Chemical Substances 7th Edition Cincinnati, OH: ACG1H; Report No.: Publication #7DOC-040 (2001).

- American Thoracic Society, *Diagnosis and initial management of nonmalignant diseases related to asbestos.* Am. J. Respir. Crit. Care Med.; 170(6):691-715 (Sep. 15,2004).

- Environmental Protection Agency. Airborne Asbestos Health Assessment Update. Springfield VA: NT1S; Report No.: EPA/600/8-84/003F (June **1986).**

- National Toxicology Program. Report on Carcinogens, Eleventh Edition. U.S. Department of Health and Human Services, Public Health Service (2004).

- Occupational Safety and Health Administration. Occupational exposure to asbestos; final rule. Federal Register; 59:40964-t 162 (1994).

- Consumer Product Safety Commission. CANCER HAZARD! CPSC Warns About Asbestos in Consumer Products: Safety Alert. Report No.: CPSC Document #5080 (1994).

- World Health Organization. Environmental Health Criteria 203: Chrysotile Asbestos. Geneva: World Health Organization; (1998); World Health Organization. Elimination of asbestos Ref Type: Generic (2006); World Health Organization. Environmental Health Criteria S3: Asbestos and Other Natural Mineral Fibres. Geneva: World Health Organization; **(1986).**

- Collegium Ramazzini, *The Case for a Global Ban on Asbestos*. Environ. Health Perspectives. 118:897-901 (2010).

- World Trade Organization. European Communities - Measures Affecting Asbestos and Asbestos- Containing Products. Report No.: WT/DS135/R (2000).

- I ARC:   Monograph on the Evaluation of Carcinogenic Risks to Humans 2012; 100C:219-309)

## 5. DETERMINING THE CAUSE OF MESOTHELIOMA DOES NOT REQUIRE QUANTIFICATION OF THE AMOUNT OF ASBESTOS TO WHICH AN INDIVIDUAL HAS BEEN EXPOSED

Medical professionals determine causation of mesothelioma based upon the qualitative history of asbestos exposure, not by quantitative analysis of that exposure. It has been generally accepted by the medical and scientific community for decades that a history of asbestos exposure is the most reliable evidence upon which to base a causation determination. That is, doctors rely upon the patient's or family members' description of his history of exposure to asbestos. Neither medicine nor science has ever required a calculation of some quantitative dose of asbestos exposure in order to link a patient's mesothelioma with asbestos exposure.

Reliance on a history of asbestos exposure to establish causation of mesothelioma goes back to the landmark studies of Wagner, Selikoff and Newhouse in the 1960s, all of which attributed mesothelioma to a history of asbestos exposure without any quantitative analysis. To this day, using exposure history to diagnose mesothelioma is an accepted methodology among such health organizations as the American Thoracic Society, the American Cancer Society, and the National Cancer Institute.

The attribution of a disease to a given cause (Medical Causation), particularly in dealing with a signature disease of asbestos exposure like mesothelioma, is based on the weight of the evidence approach and not on the ability to quantify a given exposure or set of exposures. It is generally accepted in the medical and scientific community that once you have a medical patient diagnosed with mesothelioma with a history of occupational, domestic or para-occupational asbestos exposure, the mesothelioma is attributed to asbestos exposure. Under the Helsinki Criteria *(Consensus Report, Asbestos, Asbestosis and Cancer: The Helsinki Criteria for Diagnosis and Attribution.* Scandinavian Journal of Work and Environmental Health 1997, 23:311-6) assessing disease causation does not require a quantification of a particular occupational, domestic or para-occupational asbestos exposure because:

    a) Asbestos exposures at "occupational levels" result in asbestos fiber levels thousands and tens of thousands of times higher than background/ambient air levels;

    b) A "safe" or threshold level of exposure to asbestos has never been identified for the disease mesothelioma (discussed below); and

    c) Asbestos exposures as short in duration as a few days have been shown to cause mesothelioma.

Richard L. Kradin, M.D., D.T.M.&H.

*See* Morris Greenberg & T.A. Lloyd Davies, *Mesothelioma Register 1967-1968,* Brit. J. Ind. Med. 91, 91-104 (1974) *and* Skammeritz E., Olmand LH, Johansen JP, Omland O, *Asbestos Exposure and Survival in Malignant Mesothelioma: A Description of 122 Consecutive Cases at an Occupational Clinic,* 2(4) J. Occupational & Envtl. Med. 228, 228-29 (Oct 2011)

### 6. THERE IS NO SAFE LEVEL OF ASBESTOS EXPOSURE BELOW WHICH MESOTHELIOMA WILL NOT OCCUR

Every United States government agency (including OSHA, NIOSH, CDC, NIH and EPA) and every world agency (including IARC, WHO and ILO) that has reviewed the scientific literature concerning asbestos exposures and mesothelioma have concluded that there is no safe level (or threshold) of exposure to asbestos that has been shown not to cause mesothelioma:

- EPA, 1973: "Finally, the available evidence suggests a gradient of effects from direct occupational, to indirect occupational exposure, to indirect occupational exposure to families of workers exposed to asbestos ... [t]his suggests that there are levels of asbestos exposure that will not be associated with any detectable risk, <u>although these levels are not known</u>."

- NIOSH, 1976: "Excessive cancer risks have been demonstrated at all fiber concentrations studied to date. Evaluation of all available human data provides <u>no evidence for a threshold or a 'safe* level</u> of asbestos exposure."

- NIOSH, 1980: "All levels of asbestos exposure studied to date have demonstrated asbestos related disease ... <u>there is no level of exposure below which clinical effects do not occur.</u>"

- USPHS, 1980: "It is important to point out that when a permissible level for exposure (PEL) to a certain carcinogen is set by OSHA, there is no implication that such a level is safe. To the contrary, it is the agency's policy that <u>any occupational exposure to a carcinogen carries with it some risk of disease,</u> even if it cannot be easily or precisely measured."

- OSHA, 1994: "reducing exposure to 0.1 f/cc <u>would further reduce, but not eliminate, significant risk</u>. The 0.1 f/cc level leaves a remaining significant risk."

- WHO, 1998: "Exposure to chrysotile asbestos poses increased risks for asbestosis, lung cancer and mesothelioma in a dose-dependent manner. <u>No threshold has been identified</u> for carcinogenic risks."

- WHO, 2000: "Asbestos is a proven human carcinogen (IARC Group 1). <u>No safe level can be proposed for asbestos because a threshold is not known to exist</u>. Exposure therefore should be kept as low as possible."

Richard L. Kradin, M.D., D.T.M.&H.

7

## 7. __BRIEF AND LOW-LEVEL ASBESTOS EXPOSURES CAN CAUSE MESOTHELIOMA__

The consensus of the scientific community is that all occupational, domestic or para-occupational exposure to asbestos - even brief or low-level exposures - must be considered a cause of an individual's mesothelioma. For decades, mesothelioma has been seen in individuals with low levels of asbestos exposure, dating back to the 1960s. (Wagner 1960)Newhouse and Thompson 1965. The exposures in these articles were sustained by individuals who worked directly with asbestos and asbestos-containing products, by people who worked as bystanders around others working with asbestos-containing products, by family members of workers who inadvertently brought asbestos dust home on their clothing, and by those who lived in neighborhoods with industrial sources of asbestos, including asbestos mines and plants. In these and other landmark articles, mesothelioma was identified among people who had sustained low and high levels of exposures to asbestos as well as short and long terms of exposures to asbestos. Such findings continue in scientific studies to this day.

The reality of causation with respect to mesothelioma is generally accepted in the scientific community and was summarized in the peer-reviewed article *Asbestos Exposure Causes Mesothelioma, But Not this Asbestos Exposure: An Amicus Brief to the Michigan Supreme Court*, International Journal of Occupational and Environmental Health 2007; 13:318-327, which was authored by Dr. Welch, with 51 other preeminent experts in asbestos and asbestos-related disease signing on:

> ***Accepted Method for Evaluating Disease Causation in an Individual: Generally and as Applied to Asbestos Exposure and Mesothelioma.***

Examining the question of causation of disease in an individual generally involves four questions: I) was the individual exposed to a toxic agent; 2) does the agent cause the disease present in the individual; 3) was the individual exposed to this substance at a level where disease has occurred in other settings; and 4) have other competing explanations for the disease been excluded?

There is no reasonable dispute regarding Question 2 — asbestos causes mesothelioma. Additionally, there are no well-accepted competing explanations regarding mesothelioma that must be excluded, resolving Question 4. As a result, when considering the issue of causation of a mesothelioma, once an occupational or para-occupational exposure to asbestos has been established (Question 1), the sole question remaining for examination is whether the exposure or set of exposures of that individual is similar to exposures that have been documented to cause mesothelioma in others - Question 3.

The mainstream scientific community is in consensus regarding the resolution of Question 3. As discussed above, **there is no safe level** of exposure to asbestos. Even exposure at current regulatory levels results in excess mesothelioma. Accordingly, __the consensus of the scientific community is that any occupational or para-occupational exposure to asbestos — even "brief or low-level exposures"- must be considered causal in an individual with a mesothelioma.__

Richard L. Kradin, M.D., D.T.M.&H.

**8**

### 8. **DOMESTIC ASBESTOS EXPOSURES, I.E. FAMILY MEMBERS EXPOSURES TO ASBESTOS CAN CAUSE MESOTHELIOMA**

Domestic exposures, i.e., a family members' exposures to asbestos from work clothes, shoes, or hair introduced into the home of a worker who worked with or around asbestos, and their resultant disease manifestations are comprehensively outlined in the National Institute for Occupational Safety and Health ("NIOSH") Report to Congress on Worker's Home Contamination Study, which was conducted under The Workers' Family Protection Act (29 U.S.C. 671a). In this report, NIOSH concluded that:

"... families of asbestos-exposed workers have been at increased risk of pleural, pericardial, or peritoneal mesothelioma, lung cancer, cancer of the gastrointestinal tract, and non-malignant pleural and parenchymal abnormalities as well as asbestosis."

As stated above, the scientific and medical community has yet to determine a level of exposure to asbestos below which mesothelioma will not occur. Very low levels of exposure above background have been shown to cause mesothelioma. It has been repeatedly and consistently demonstrated in the medical and scientific literature that family members exposed to asbestos dust from laundering a worker's clothing have a significantly increased risk of developing mesothelioma. Researchers have confirmed that this risk is substantially in excess of two times that of the general population. The following are examples of the many studies, texts and reports that support or form the basis for my opinions:

Wagner, *Diffuse Pleural Mesothelioma and Asbestos Exposure in the North Western Cape Province,* Brit. J. Industr. Med., 17:260-269 (1960).

Newhouse & Thompson, *Mesothelioma of Pleura and Peritoneum following Exposure to Asbestos in the London Area,* Brit J. Industr. Med. 22:261-269 (1965).

Leiben & Pistawka, *Mesothelioma and Asbestos Exposure,* Arch. Environ. Health, 14:559-566 (1967).

Champion, *Two Cases of Malignant Mesothelioma after Exposure to Asbestos,* Am. Rev. Res. Dis. 103(6):821 -826 (1971).

Lillington, *Conjugal Malignant Mesothelioma* [letter], New Engl. J. Med., 291(11):581-585 (1974).

Greenberg & Davis, *Mesothelioma Register 1967-1968,* Brit. J. Med. 31:91-104 (1974).

Anderson, *Household-Contact Asbestos Neoplastic Risk,* NY Acad. Sci. 271:311-323 (1976).

Li, *Familial Mesothelioma After Intense Asbestos Exposure at Home,* JAMA 240(5):467 (1978).

Vianna and Polan, *Non-Occupational Exposure to Asbestos and Malignant*

Richard L. Kradin, M.D., D.T.M.&H.

9

*Mesothelioma in Women,* Lancet 8073:1061-1063 (1978).

- Epler, *Asbestos-Related Disease from Household Exposure,* Respiration, 39:229-240 (1980).

- Tagnon, *Mesothelioma Associated with the Shipbuilding Industry in Coastal Virginia,* Cancer Research, 40:3875-3879 (1980).

- Hammar, *Familial Mesothelioma: A Report of Two Families,* Human Pathology, 20:1-7-112 (1989).

- Schneider, *Pleural Malignant Mesothelioma and Household Exposure,* Review Environ. Health, 11:65-70 (1996).

- Hillerdal, *Mesothelioma: Cases Associated with Non-Occupational and Low Dose Exposures,* Occup. Environ. Med., 56-505-513 (1999).

- Dodson, *Quantitative Analysis of Asbestos Burden in Women with Mesothelioma,* Am. J. Ind. Med. 43:188-195 (2003).

- Bourdes, *Environmental Exposure to Asbestos and Risk of Pleural Mesothelioma: Review and Mela-Analysis,* European J. of Epi., 16:411-417 (2000) (relative risk of pleural mesothelioma for household exposures ranged between 4.0 and 23.7 and the summary risk estimate was 8.1 with a 95% CI of 5.3 1012).

- Magnani, *Multicentric Study on Malignant Pleural Mesothelioma and Non-Occupational Exposure to Asbestos,* British J. of Cancer, 83(1): 104-111 (2000) (domestic exposure was associated with an increased risk with an Odds Ratio of 4.81 with a 95% CI of **1**.8 to 13.1).

## 9.   ASBESTOS EXPOSURES ABOVE BACKGROUND CONTRIBUTE TO THE RISK OF DEVELOPING MESOTHELIOMA

Due to the extensive and longstanding use of asbestos, the ambient air in the United States contains minute amounts of asbestos. Those ambient outdoor air concentrations are generally known as the "ambient" or "background level." Background levels of asbestos have not been epidemiologically proven to cause mesothelioma. While it is theoretically possible that background levels of asbestos could cause mesothelioma, it is impossible to test this, since such proof would require nearly infinitely large comparison groups and it would be impossible to find individuals with less than ambient air exposure.

There is no level of asbestos exposure above background levels that has been shown to not contribute to causing mesothelioma. It is generally accepted in the medical and scientific community that all levels of asbestos exposure above background levels contribute to causing mesothelioma. Occupational or para-occupational (such as household or domestic exposure) exposures necessarily exceed by orders of magnitude the background levels to which individuals are exposed simply by living in the U.S. Thus, occupational and para-occupational exposures, being orders of magnitude above background levels, no matter how brief, contribute to the risk of developing mesothelioma.

Richard L. Kradin, M.D., D.T.M.&H.                                                    **10**

An example of a low-level exposure is 0.01 f/cc, which is ten times lower than the current OSHA permissible exposure level (PEL). In contrast, ambient air concentrations or background levels have been reported at 0.0001 to 0.00000001 f/cc, tens of thousands of times less than the current permissible exposure limit, or PEL, of 0.1 f/cc. Thus, even low-level exposures to asbestos exceed background levels by an order of many magnitudes. Put differently, the current OSHA PEL allows 100,000 fibers in a cubic meter of air. The example of a low-level exposure above is 10,000 fibers in a cubic meter of air. The measured ambient levels discussed above reflect levels between 1/100[th] of a fiber up to 100 fibers in a cubic meter.

Furthermore, OSHA recognizes that even with exposure at the PEL, there will be cases of mesothelioma. (Federal Register 1986, Part II: Department of Labor, Occupational Safety and Health Administration, 29 CFR Parts 1910 and 1926: Occupational exposure to asbestos, tremolite, anthophyllite & actinolite. Final Rules, pages 22612-22790; Table 6 on page 22644.) The studies referred to in this report also provide evidence that there can be an increased incidence of mesothelioma at concentrations below the PEL. Therefore, the lowest concentration of asbestos that can produce mesothelioma is currently unknown.

Additionally, epidemiological studies have found that even at the lowest levels of asbestos exposure, there have been increases in the incidence of mesotheliomas. (Iwatsubo 1998)**;** Rodelsperger 2001 **.**Further, it is the documented consensus of the international scientific and medical community that an occupational history of brief or low level exposure is sufficient for a mesothelioma to be designated as occupationally-related. *(Consensus **Report, Asbestos, Asbestosis and Cancer: The Helsinki Criteria for Diagnosis and Attribution.*** Scandinavian Journal of Work and Environmental Health 1997,23:311-6)

If a person sustains asbestos exposures above background/ambient levels of exposure as reflected by an occupational, para-occupational and/or domestic asbestos exposure and goes on to develop mesothelioma, it is my opinion that the exposures above background levels, taken in context of the individual's total (cumulative) asbestos exposures, are significant and non-trivial, and are medical and scientific causes in the development of the individual's mesothelioma. In the legal context, such asbestos exposures are often described or classified as "substantial contributing factors" or "contributing causes" or "significant factors" to the development of the individual's mesothelioma. It is not my opinion that a "single fiber," or that "each and every" or "any" exposure to asbestos, even those below background levels, are a substantial contributing factor in causing mesothelioma. To the contrary, as noted above, a single day of exposure at the current OSHA PEL of 0.1 f/cc equates to literally years of exposure to what the ATSDR reports as typical rural ambient asbestos exposures of 0.00001 f/cc.

To expound further on the above paragraph, 1 am often asked when is an asbestos exposure "significant" or "substantial". While not all inclusive, an asbestos exposure or exposures can be "significant" or "substantial" if I) it is of the nature, type and duration that has been shown to cause mesothelioma in the medical and scientific literature; 2) if it is not trivial or insignificant in the context of the individual's total asbestos exposure; or 3) if the asbestos exposure was necessary to the development of the actual asbestos-related disease the individual was diagnosed with, at the time he or she was diagnosed with it, and not some future hypothetical asbestos-related disease he or she may have been diagnosed with later in time.

Furthermore, I am often posed extreme hypotheticals in depositions to assume an individual was exposed, for example, to "one fiber" of asbestos or "one second" of asbestos exposure "barely above background". While an interesting academic exercise to try and determine "how many angels can dance on the head of a pin", this belies what occurred in the

Richard L. Kradin, M.D., D.T.M.&H.

11

past in the real world based upon the hundreds of documented asbestos exposure histories I have personally reviewed, including the specific occupational and/or para-occupational asbestos exposure history in this case. Even minute amounts of asbestos contain millions, if not billions of asbestos fibers. Support for these numerical values comes from simple mathematical calculations, which are often performed by mineralogy and industrial hygiene experts typically retained by defendants in asbestos litigation. Examples of such testimony include:

- Arthur Langer, Ph.D., Deposition taken in *Barbara Harris and Dale Harris vs. Bondex International, Inc., et al,* Superior Court of the State of California for the County of Los Angeles, April 18, 2007, pp. 146-150. (Confirming that one gram of chrysotile asbestos contains approximately *80 billion* asbestos fibers, and one 25 lb. bag of joint compound at 5% asbestos contains *45,5 trillion* asbestos fibers)

- Eric Chatfield, Ph.D., Deposition taken in *Carl Terranova, et ux., vs. John Crane, Inc. et al.,* Cause No. 17342-BH01-3, In the District Court, Brazoria County, Texas, 23rd Judicial District, July 28, 2005. (Confirming his attendance, presentation and associated PowerPoint at the 2005 ASTM Johnson Conference, entitled "Some Measurements of Tremolite Concentrations in Chrysotile from Different Mining Locations" *see* slide 12 of PowerPoint presentation reflecting mean of over **10 trillion** chrysotile fibers per gram of U1CC-B (Canadian) chrysotile analyzed by Addison/Davies Method and TEM)

Therefore, simple tasks such as cutting (or removing) asbestos-containing pipe covering, mixing asbestos-containing dry products, sanding asbestos-containing joint compound, cutting asbestos-containing boards or asbestos-containing pipe, wire-brushing or power-wire brushing adhered asbestos-containing gaskets, or sweeping asbestos containing dust/residue results in exposures to millions, billions and/or trillions of respirable/breathable asbestos fibers.

These numbers can also be put into perspective using a fiber/cc analysis to compare the amount of asbestos fibers actually inhaled by a worker during a work day with occupational asbestos exposures vs. an individual who is simply breathing in the "normal" "ambient" or "background" air. The following values should be used:

- An individual performing physical labor, on average, will take 16 breaths/minute.
- An individual at rest or performing light activity will take 12 breaths/minute.
- One breath = 500 cubic centimeters ("cc") of air.

Thus, for an individual exposed at I fiber/cubic centimeter of asbestos at work:

- 16 breaths x 500 cc of air in one breath x 1 fiber/cc = 8,000 fibers/minute;
- At 15 minutes of exposure at 1 fiber per cc: 8,000 x 15 = 120,000 fibers are breathed;
- At 1 hour of exposure at 1 fiber per cc: 8,000 x 60 minutes = 480,000 fibers/hour are breathed;
- One working day of exposure at I fiber per cc: 480,000 x 8 = 3,840.000 fibers/day are breathed.

At the current OSHA permissible exposure level (PEL) of .1 f/cc, an individual would

Richard L. Kradin, M.D., D.T.M.&H.                                                              **12**

breathe 384,000 fibers in one day. At the low-level exposure of 0.01 f/cc, which is ten times lower than the current OSHA permissible exposure level (discussed *supra),* an individual would breathe 38,400 fibers in one day.

In comparison, for an individual who is simply breathing in the "normal" "ambient" or "background" air:

- Resting = 12 breaths/minute;
- 12 breaths x 500 cc of air = 6,000 cubic centimeters of air/minute or 360,000 cubic centimeters of air/hour,
- 360,000 cubic centimeters of air/hour x 24 hours = 8,640,000 cubic centimeters of air/day;
- 8,640,000 x .00001 f/cc (ATSDR values) = <u>86 asbestos fibers in one day</u>

Extrapolating this even further, an individual breathing the "normal", "ambient" or "background" level of .00001 fibers/cc of asbestos over a lifetime of 80 years:

- 86 fibers/day x 365 days x 80 = 2.5 million fibers in a lifetime of 80 years.

***Therefore, just one day of occupational exposure at 1 fiber/cc of asbestos is greater than a lifetime of "ambient" or "background" levels of asbestos exposure.* None of these** calculations are new or novel; on the contrary, experts retained by both plaintiffs and defendants have agreed within a reasonable degree of scientific certainty these calculations are reasonable and accurate:

- William Dyson, C.I.H., Deposition taken in *Jonathan D. Smith vs. 4520 Corporation, Inc., et ai,* Virginia: In the Circuit Court for the County of Albemarle, July 11,2013, pp. 46-48.

- [0] Thomas Spom, M.D., Trial testimony taken in *In re: Garlock Sealing Technologies LLC, el ai,* United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, July 23, 2013, pp. 479-486.

- Laura Welch, M.D., Trial testimony taken in *Walter E. Boomer vs. Ford Motor Company, et ai,* Virginia: In the Circuit Court for the County of Albemarle, November 7,2013, pp. 1014-1015.

A fundamental flaw in these types of inquiries is that, in the real world, we are dealing with individuals who have already been diagnosed with the signal tumor for asbestos exposures - mesothelioma - rather than, as posed in these types of hypothetical questions, hypothetical individuals with exposure situations that bear no relation to what has happened to the person actually at issue. As reflected in the calculations above, nobody is ever exposed to a "single fiber" of asbestos or exposed "just above background" through an occupational, domestic or para-occupational exposure. While perhaps pertinent to risk assessment making judgments about what level of risk we are willing to tolerate in our society, these hypothetical questions have no bearing on the question of what caused the disease in a person for whom the risk of contracting disease has tragically already been determined to be 100%.

The following are additional examples of the many studies, texts and reports that support

Richard L. Kradin, M.D., D.T.M.&H.                                                    **13**

or form the basis for my opinions:

- **Champion P.** *Two Cases of Malignant Mesothelioma After Exposure to Asbestos,* American Review of Respiratory Disease 1971 ;105 ('There is probably no really safe level of asbestos exposure...It is clear that only minor exposure is required for the development of malignant tumors..."')

- Greenberg and Davies, *Mesothelioma Register 1967-1968,* British Journal of Industrial Medicine, 1974;91-104 ('in this study the briefest occupational exposure to asbestos associated with a mesothelial tumour was **three weeks,** but if asbestos was a cause of mesothelioma it cannot be assumed that lesser exposures are safe." p. 103)

- **Selikoff I.** *The Asbestos Exposure of Insulation Workmen,* **Insulation Hygiene** Progress Reports 1975;6(l):l-4 ("short-term dust concentrations during specific insulation practices can be extremely high..." p. 4)

- NIOSH. Revised Recommended Asbestos Standard 1976, p. 55 (reporting association between mesothelioma and "occupational exposures in some cases as **brief as one day"**)

- **Chen and Mottet,** *Malignant Mesothelioma with Minimal Asbestos Exposure,* **Human** Pathology 1978;9(3):253. ("Estimation of the number of asbestos fibers in the lungs suggests the low level exposure and establishes that, for some individuals at least, slight exposure to asbestos can result in malignant mesothelioma.**")

- **NIOSH-OSH A Asbestos Work Group,** *Workplace Exposure to Asbestos, Review and Recommendations,* DHHS (NIOSH) Pub. No. 81-103,1980 ("Excessive cancer risks, however, have been demonstrated at all fiber concentrations studied to date. Evaluation of all available human data provides no evidence for a threshold or for a "safe" level of asbestos exposure.... (The absence of a threshold is further indicated by the dramatic evidence of asbestos-related disease in members of asbestos-worker households and in persons living near asbestos-contaminated areas. These household and community contacts involved low level and/or intermittent casual exposure to asbestos. Studies of duration of exposure suggest that even at very short exposure periods (1 **day to** 3 **months)** significant disease can occur." **p.** 3)

- Committee on Nonoccupational Health Risks of Asbestiform Fibers, Board on Toxicology and Environmental Health Hazards, Commission on Life Sciences, **National Research Council,** *Asbestiform Fibers Nonoccupational Health Risks,* National Academy Press, Washington, D.C. 1984, p.212 (background environmental exposure of 0.0004 f/cc over a 73 year lifetime was associated with 9 cases of mesothelioma per million. A "higher**" exposure of 0.002 f/cc was associated with 46 cases of mesothelioma per million - a five-fold risk.)

- Pairon C, Orlowski E, Iwatsubo Y, et al. *Pleural Mesothelioma and Exposure to Asbestos: Evaluation from Work Analysis of Asbestos Bodies in Bronchoalveolar Lavage Fluid or Lung Tissue in 131 Patients,* **Occupational and Environmental** Medicine 1994; 51:244-249 ("Ilgren and Browne considered whether a threshold exposure might exist and concluded that mesothelioma was unlikely in persons

Richard L. Kradin, M.D., D.T.M.&H.                                                                    14

exposed for less than 5 f/ml-years. Our results indicate, however, that mesothelioma cases occurred below a cumulative exposure of 5 f/ml-years and perhaps below 0.5 f/ml-years." p. 141)

• **NIOSH.** *Report to Congress on Workers' Home Contamination Study Conducted Under the Workers' Family Protection Act* **1995 (reviewing twelve epidemiology** studies and multiple case reports and concluding, "Mesothelioma has occurred following short term asbestos exposures of **only a few** weeks, and can result from very low levels of exposure." p. 7)

• **Frank A.** *The Riddle of Risk Assessment in Asbestos Carcinogenicity,* **Med Lav.** 1997;88(4):333-338 ("There is no safe level of asbestos' -I.J. Selikoff, MD, Third Wave Conference" p. 333) ("there is no safe level of exposure to asbestos, leading to the conclusion that there is no threshold for this carcinogenic substance, just as there does not appear to be a threshold for other carcinogens." p. 335)

• Iwatsubo Y, Pairon JC, Boutin C, et al. *Pleural Mesothelioma: Dose-Response Relation at Low Levels of Asbestos Exposure in a French Population-Based Case-Control Study,* American Journal of Epidemiology 1998; 148(2): 133-148 (Abstract: "...We found a clear dose-response relation between cumulative exposure to asbestos and pleural mesothelioma in a population-based case-control study with retrospective assessment of exposure. A significant excess of mesothelioma was observed for levels of cumulative exposure that were probably far below the limits adopted in many industrial countries during the 1980s.")

• **Hillerdal.** *Mesothelioma: Cases Associated with Non-Occupational and Low Dose Exposures,* Occupational and Environmental Medicine 1999;56:505-513 ("Results and Conclusions—There is no evidence of a threshold level below which there is no risk of mesothelioma. Low level exposure more often than not contains peak concentrations which can be very high for short periods. There might exist a background level of mesothelioma occurring in the absence of exposure to asbestos, but there is no proof of this....").

• **Hodgson JT, Damton A.** *The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure,* Annals of Occupational Hygiene 2000;44(8):565-601. ("The attempt (Ilgren and Browne, 1991) to deduce a 'threshold' by identifying the lowest estimated dose received by any observed case is a logical nonsense. ... [W]e\do not believe there is a good case for assuming any threshold for mesothelioma risk." p. 583)

• **World Trade Organization,** *European Communities - Measures Affecting Asbestos and Asbestos-Containing Products, Report of the Panel,* **WT/DS 1135/R/18** September 2000 ("it is scientifically accepted that there is no biological threshold of harmlessness.... The 1998 WHO report carried out under the International Programme on Chemical Safety states that, for chrysotile: "No threshold has been identified for carcinogenic risks", p. 35)

• **Agudo, et al.,** *Occupation and Risk of Malignant Pleural Mesothelioma: A Case-Control Study in Spain,* Am. J. Ind. Med. 37:159-168 (2000) ("Compared to those who never worked or who were considered as never exposed, all levels of probability

Richard L. Kradin, M.D., D.T.M.&H.                                                                                    15

and intensity had an increased significant risk, except subjects with low probability of exposure."

- Rodelsperger C, Jockel K, Pohlabeln H, et al. *Asbestos and Man-Made Vitreous Fibers as Risk Factors for Diffuse Malignant Mesothelioma: Results From a German Hospital-Based Case-Control Study,* American Journal of Industrial Medicine 2001;39:262-275

    o Odds ratio of 7.9 CI 2.1-30.0 for cumulative exposures of greater than 0.00 up to 0.15 f/cc-years and odds ratio of 21.9 for cumulative exposures between 0.15 and 1.5 f/cc-years.

    o Despite a possible influence as a result of selection and information bias, our results confirm the previously reported observation of a distinct dose-response relationship even at levels of cumulative exposure below 1 fiber year. (p. 262)

    o A risk estimate based on accurate workplace measurements is not yet available. Nevertheless, it has recently been demonstrated that an increase of risk may occur even below a cumulative exposure of a few fiber years (fibers/mL x years) [Iwatsubo et al, 1998]. (p. 263)

- British Thoracic Society Standards of Care Committee, *Statement on Malignant Mesothelioma In The United Kingdom,* Thorax 2001; 56:250-265 ("There is no evidence for a threshold dose of asbestos below which there is no risk." p. 252)

- U.S. Public Health Service, U.S. Department of Health & Human Services. *Toxicological Profile for Asbestos,* Atlanta: Agency for Toxic Substance and Disease Registry (ATSDR), September 2001.

- Galateau-Salle F, ed. *Pathology of Malignant Mesothelioma,* Springer Science + Business Media, 2006 ("Substantial numbers of mesotheliomas are now seen as a consequence of non occupational exposures, including occasional "handyman type exposure, domestic exposure (e.g., from laundering asbestos-contaminated work clothes), and other types of occasional or non-occupational exposures. Mesothelioma has been reported to occur after brief low-level or indirect exposure.**")

- Dail and Hammar's Pulmonary Pathology (3rd ed.), 2008, Vol. II Neoplastic Lung Diseases, Ch. 43 ("when there are multiple asbestos exposures, each contributes to cumulative exposure and hence to the risk of causation of MM [malignant mesothelioma], with any appropriate latency interval.*[1] p. 587)

- Skammeritz E., Olmand LH, Johansen JP, Omland O, *Asbestos Exposure and Survival in Malignant Mesothelioma: A Description of 122 Consecutive Cases at an Occupational Clinic,* 2(4) J. Occupational & Envtl. Med. 228 (Oct 2011) ("Each patient with known exposure was categorized by an experienced occupational physician, based on the intensity of cumulative exposure, as "low** (<I0 fibers/cm3-year) (p. 226)...Of the patients [with mesothelioma] with documented exposure, 51 (47.6%) had low cumulative exposure (pp. 228-229)... The total time of exposure

ranged <u>from a few days</u> to over 40 years...<u>It has never been possible to establish a lower threshold for cumulative asbestos exposure in relation to the development of Malignant Mesothelioma!</u> (p. 231))

- I ARC Monograph on the Evaluation of Carcinogenic Risks to Humans 2012; 100C:219-309

- **Offermans, et al., *Occupational Asbestos Exposure and Risk of Pleural Mesothelioma, Lung Cancer, and Laryngeal Cancer in the Prospective Netherlands Cohort Study,*** Journal of Occupational and Environmental Medicine, 2014 ("For mesothelioma, [Hazard Ratios] were significantly elevated in this study, even for the lowest tertile of CE (median, 0.20 f-y/MmL) based on FINJEM (HR=2.69 [95% CI, 1.60 to 4.53]) (p. 15))

- **Lacourt, et al., *Occupational and Non-Occupational Attributable Risk of Asbestos Exposure for Malignant Pleural Mesothelioma^* Thorax, 2014 (Cumulative exposures** >0-0.1 f/mL-years showing a 4 times excess risk for pleural mesothelioma (Table 4))

The retrospective estimates in the above articles are not relied upon for a quantitative dose level or precise threshold needed for causation, but rather to illustrate that the scientific and medical communities recognize that a history of brief or low-level asbestos exposure is sufficient to establish causation. The above references are not all inclusive, and if necessary, I will supplement this affidavit or my report with additional citations or references should it be pertinent to any particular case-specific issues.

## ASBESTOS IN COSMETIC TALC PRODUCTS

Certain cosmetic talcum powders have been demonstrated to contain asbestos. In 1976, Rohl and Langer showed that 10 of 20 talc products, including baby powders, facial talcums and a pharmaceutical contained both tremolite and anthophyllite asbestiform fibers (Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R, Bowes DR, Skinner DL. *Consumer talcums and powders: mineral and chemical characterization*. J Toxicol Environ Health. 1976, 2:255-84.)

*Cashmere Bouquet* talcum powder was derived from three regions, Willow Creek, Montana, Murphy, North Carolina, and Val Chisone, Italy, and all of the talc products from these mines were demonstrated to be contaminated with asbestos fibers.

More recently, Gordon *et al* tested Cashmere Bouquet talcum powder and the lung tissue of a woman who had used Cashmere Bouquet talcum powder and found the presence of amphibole asbestos fibers. These were identified as anthophyllite and tremolite by electron dispersive spectometry (EDS) and selected-area electron diffraction (SAED). (Gordon RE, Fitzgerald S, Millette J. *Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women.* Int J Occup Environ Health. 2014 Oct;20(4):318-32).

The bibliography below represents the literature that addresses this topic.

## BIBLIOGRAPHY FOR TALC ASBESTOS EXPOSURE

Cralley LJ, Key MM, Groth DH, Lainhart WS, Ligo RM. *Fibrous and Mineral Content of Cosmetic Talcum Products*. Am Indus Hyg Assoc Journal 1968 July/August pp 350 -354.

Rohl AN. *Asbestos in Talc*. Enviro Health Persp 1974 Vol 9 pp 129-132.

Rohl AN, Langer A. *Identification and Quantitation of Asbestos in Talc*. Enviro Health Persp 1974:9;5-109.

*Asbestos Found in Ten Powders*. New York Times March 10, 1976.

Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R. *Consumer Talcums and Powders: Mineral and Chemical Characterization.* Journal of Tox and Enviro Health 1976 2:255-284.

Gordon RE, Fitzgerald S, Millette J. *Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women.* Int J Occup Environ Health. 2014 Oct;20(4):318-32.

Longo DK, Young RS. *Cosmetic Talc and Ovarian Cancer*. Lancet. 1979 Aug 18;2(8138):349-51.

Cramer DW, Welch WR, Scully RE, Wojciechowski CA. *Ovarian Cancer and Talc* 1982 Cancer 50: 372-376.

Paoletti L, Caiazza S, Donelli G, Pocchiari F. *Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial. Cosmetic and Pharmaceutical Talcs* Regulatory Toxicology and Pharm 1984 4 222-235.

Andrion A, Bosia S, Paoletti L, Feyles E, Lanfranco C, Bellis D, Mollo F. *Malignant Peritoneal Mesothelioma in a 17-year old boy with evidence of previous exposure to Chrysotile and Tremolite Asbestos*. Hum Pathol. 1994 Jun;25(6):617-22.

Srebo S, Roggli V. *Asbestos-Related Disease Associated With Exposure to Asbestiform Tremolite*. Am J Int Med 1994 26:809-819.

Srebo S, Roggli V, Samsa G. *Malignant Mesothelioma Associated with Low Pulmonary Tissue Asbestos Burdens: A Light and Scanning Electron Microscopic Analysis of 18 Cases*. Mod Pathol. 1995 Aug;8(6):614-21.

Heller D, Gordon R, Westhoff C, Gerber S. *Asbestos Exposure and Ovarian Fiber Burden*. Am J Industrial Med 1996 29: 435-439.

Scancarello G, Romero R. *Respiratory Disease as a Result of Talc Inhalation.* J Occup Environ Med 1996 June;38(6):610-4.

Hull M, Abraham J. Case B *Mesothelioma among Workers in Asbestiform Fiber-bearing Talc Mines in New York State.* Am Occup Hyg 2002 Vol 46 Supplement 1 pp 132-135.

Coggiola M, Bosio D. *An Update of a Mortality Study of Talc Miners and Millers in Italy*. Am J Ind Med 2003 44:63-69.

*IARC on Talc* 2010.

Price B. *Industrial-Grade Talc Exposure and the Risk of Mesothelioma.* Crit Rev Toxicol 2010 Jul;40(6)513-30.

Finkelstein M. *Malignant Mesothelioma Incidence Among Talc Miners and Millers in New York State*. Am J Ind Med 2012 55:863-868.

Fujiwara, Hiroshi, et al., *An Autopsy Case of Primary Pericardial Mesothelioma in Arc Cutter Exposed to Asbestos through Talc Pencils* (2005).

llgren E., et al., *Critical reappraisal of Balangero chrysotile and mesothelioma risk*, 2015.

llgren E., et al., *Supplemental Data; Critical reappraisal of Balangero chrysotile and mesothelioma risk*, 2015.

Kleinfeld, et al., *Mortality Among Talc Miners and Millers in New York State*, 1967.

Ghio and Roggli, *Talc Should Not Be Used for Pleurodesis in Patients with Nonmalignant Pleural Effusions* (2001).

Finkelstein M. *Pneumoconiosis and Malignant Mesothelioma in a Family Operated Metal Casting Business That Used Talc from New York State*. Am J Ind Med 2013 56:550-555.

Finkelstein M. *Pneumoconiosis and Malignant Mesothelioma in a Family Operated Metal Casting Business That Used Talc from New York State*. Am J Ind Med 2013 56::550-555.

## <u>CASE-SPECIFIC CAUSATION OPINIONS IN THE CASE OF DORIS JACKSON</u>

**Materials Reviewed:** I have reviewed various medical records from the UCLA Health System, Washington Hospital Center, and Sibley Memorial Hospital; deposition testimony of Doris Jackson (2 vols.: 09-28-2015 and 09-29-2015) and  2 stained slides labeled WC-14-02174 and WS-4-18757, in the case of Ms. Doris Jackson (DOB:12-18-1931).

**Medical History**: In November of 2014, Ms. Jackson was an 82-year-old woman who presented to the Washington Hospital Center with shortness of breath, cough, and chest discomfort for one month. Past medical history included carcinoma in situ of the right breast that was treated in 2001 by lumpectomy and local irradiation (total 6200 cGy), fibrocystic disease diabetes mellitus, hypertension, and left knee replacement.  CT scan of the chest and abdomen showed a large left pleural effusion and pleural soft tissue thickening, a 3.2 cm right adrenal mass, and a mixed predominantly cystic mass in the left lower pole of the kidney. Biopsy of the pleura showed diffuse malignant mesothelioma. She has been treated with combination chemotherapy but her prognosis is poor.

**Exposure History:** According to her testimony, Ms. Jackson worked as a teacher.  She was neither occupationally nor para-occupationally exposed to asbestos. However, she did testify to having applied Cashmere Bouquet talcum powder on a daily basis from the 1940's through approximately 1990.  She would routinely shake out the powder during its application while in her bathroom prior to bathing daily.

It is my understanding that discovery is ongoing in this case, and my opinions may be influenced by subsequent findings.

**Review of Pathology**:  My review of the diagnostic pleural biopsy shows a diffuse malignant mesothelioma, epithelioid type with focal sarcomatoid growth pattern. The report of immunostains indicates that the tumor cells are immunopositive for CK7, CK5/6, calretinin (focal), WT-1, Pax-8, RCC (focal), and p53 and negative for p63, TTF-1, CDX-2, GCDFP, ER, PR, CD31, CD10, CK20, EP4, Her 2 and Mamma. The findings are most consistent with

malignant mesothelioma. No lung tissue was sampled. However, it is my understanding that a lung asbestos fiber-burden analysis may be performed at some point in the future.

**Conclusions:** All of my opinions are offered to a reasonable degree of medical probability.

It is my opinion that Ms. Jackson suffers from diffuse malignant mesothelioma and that her prognosis is poor. It is furthermore my opinion that her malignant mesothelioma was caused by her cumulative exposures to asbestos and that these exposures were caused by the contamination of Cashmere Bouquet cosmetic talk by amphibole asbestos (tremolite and anthophyllite), and chrysotile, as noted in the section on cosmetic talc in this report.

The radiation that Ms. Jackson received was, based on the available medical records, delivered to the *contralateral* site of her breast carcinoma. Although therapeutic radiation has been linked to the development of malignant mesothelioma, its carcinogenic effects are limited to the radiation portal, which in this case would not have included the contralateral chest wall.

## Fees

My current fees are $500/hr for case review and deposition, and $8,000 per diem for testimony in court.

Richard L. Kradin, MD                    5/4/2016

20